No. 05-8908. IVERY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05-8910. HOURSTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05-8912. GONZALEZ-CAPETILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05-8916. HERNANDEZ-MELCHOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05-8920. LOPEZ-MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05-8922. JEFFERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05-8923. MARTINEZ-FLORES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05-8924. JACKSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05-8926. SUTTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05-8931. BROOKS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05-8932. MITCHELL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05-8933. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05-8934. COLLINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05-8936. DELANCY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05-8937. LUCKY v. DEPARTMENT OF JUSTICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 05-8938. ZIELKE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.